**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ROBERT R. TAUTFEST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIV-12-114-R** |
| ) | |
| **CAROLYN W. COLVIN, Acting** ) | |
| **Commissioner of the Social Security** ) | |
| **Administration,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the decision of the Defendant denying his applications for disability insurance benefits and supplemental security income benefits. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review. On March 5, 2013, Judge Roberts issued a Report and Recommendation, wherein she recommended that the decision of the Commissioner be reversed and that the matter be remanded to the Commissioner for further proceedings. The record reflects that Defendant has not objected to the Report and Recommendation within the time limits prescribed, nor sought an extension of time in which to objection. Accordingly, the Report and Recommendation is hereby adopted and the matter is remanded to the Commissioner for further proceedings.

IT IS SO ORDERED THIS 26th day of March, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE